UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| DAVID R. JACKSON | * | CIVIL ACTION NO. 17-0286<br>Section P |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| KEITH BLACKMAN, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss for failure to state a claim upon which relief can be granted [Doc. # 3] is GRANTED, and that plaintiff's claims against the Union Parish Policy Jury only are DISMISSED, without prejudice.

Shreveport, Louisiana, this 19 day of July, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE